THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ST. JOHN MISSIONARY BAPTIST CHURCH, INC.<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY<br><br>Defendant. | § § § § § § § § § § § § § | Civil Action No.3:16-cv-03052-B |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

With this Notice of Settlement, the parties hereby advise the Court this case has settled and the parties are in the process of finalizing the settlement. The parties respectfully request that all pending deadlines be removed from the docket pending dismissal.

Respectfully submitted,

By: */s/Vincent J. Ansiaux*
Thomas M. Spitaletto
State Bar No. 00794679
thomas.spitaletto@wilsonelser.com
Vincent J. Ansiaux
State Bar No. 24036143
vincent.ansiaux@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Telephone: (214) 698-8000
Facsimile: (214) 698-1101
**ATTORNEYS FOR DEFENDANT GREAT AMERICAN INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2017, I served all known counsel of record by U.S. Mail and electronically as permitted Federal Rule of Civil Procedure 5(b)(2):

Jonathan Chatmon
**L. CHATMON & ASSOCIATES PLLC**
9894 Bissonnet Suite 303
Houston, Texas 77036
**ATTORNEYS FOR ST. JOHN MISSIONARY BAPTIST CHURCH, INC.**

                                             */s/Vincent J. Ansiaux*