THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ST. JOHN MISSIONARY BAPTIST CHURCH, INC.<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY<br><br>Defendant. | § § § § § § § § § § § | Civil Action No.3:16-cv-03052-B |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff St. John Missionary Baptist Church, Inc. and Defendant Great American Insurance Company (collectively, the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and would respectfully show the Court as follows:

The Parties have reached an agreement to settle the Plaintiff's claims in the above-referenced matter. Accordingly, the Parties file this Joint Stipulation of Dismissal with Prejudice, with costs and attorneys' fees to be borne by the party incurring the same. Plaintiff and Defendant have respectively indicated their consent by signing below.

WHEREFORE PREMISES CONSIDERED, the Parties respectfully request that this Court enter an Order dismissing this matter with prejudice, with costs and attorneys' fees to be borne by the party incurring the same.

Respectfully submitted,

By: /s/ Jonathan Chatmon
Jonathan Chatmon
State Bar No. 24068666
lchatmon.chatmon@gmail.com
**L. CHATMON & ASSOCIATES PLLC**
9894 Bissonnet Suite 303
Houston, Texas 77036
Telephone: (713) 637-4483
Facsimile: (713) 637-4603
**ATTORNEYS FOR PLAINTIFF ST. JOHN MISSIONARY BAPTIST CHURCH, INC.**

- And -

By: /s/ Thomas M. Spitaletto
Thomas M. Spitaletto
State Bar No. 00794679
thomas.spitaletto@wilsonelser.com
Vincent J. Ansiaux
State Bar No. 24036143
vincent.ansiaux@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Telephone: (214) 698-8000
Facsimile: (214) 698-1101
**ATTORNEYS FOR DEFENDANT GREAT AMERICAN INSURANCE COMPANY**